Decided September 18, 1997

IN RE ELISABETH H. ET AL.

The respondents' petition for certification for appeal from the Appellate Court, 45 Conn. App. 508 (AC 15417), is denied.

BERDON, J., dissenting, I would grant the respondents' petition for certification to appeal.

*William A. Snider*, in support of the petition.

*Patricia E. Naktenis*, assistant attorney general, and *Sharon Wicks Dornfeld*, in opposition.

Decided September 18, 1997